**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CUMBERLAND COUNTY CHILDREN AND YOUTH,

                Respondent

        v.

JOSEPH M. SMITH,

                Petitioner

: No. 208 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.